IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BALTIMORE COUNTY, MD<br>        Plaintiff | * |
| v. | *    Civil Action No.: CCB-01-3012 |
| ICAROM, PLC<br>        Defendant | * |

FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND
2002 JAN 17 P 4: 08
CLERK'S OFFICE AT BALTIMORE
_____ DEPUTY

\*\*\*\*\*\*

## ORDER

The court file reflecting that service of process has been effected upon the above named defendant and that defendant has not yet filed any response to the Complaint, it is, this 17th day of January, 2002,

ORDERED that plaintiff file and serve by mail on the above named defendant a motion for entry of default by the Clerk and a motion for default judgment, or provide a report as to why such motions would be inappropriate, within 30 days of this order.

_____
Catherine C. Blake
United States District Judge

U.S. District Court (Rev. 12/1999)